UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**RICARDO A. MARQUEZ**
**MARYSOL L. GATA**

Case Number 14-28438-LMI
Chapter 7

Debtors.
_____/

### DEBTORS' MOTION TO REOPEN CASE AND AVOID LIENS IMPAIRING HOMESTEAD EXEMPTION

Debtors, **RICARDO A. MARQUEZ AND MARYSOL L. GATA**, by and through undersigned counsel, pursuant to 11 U.S.C. § 522(f) and Rules 4003 and 9014 of the Federal Rules of Bankruptcy Procedure, hereby file this *Motion to Reopen Case and Avoid Liens Impairing Homestead Exemption*, and aver:

1. **RICARDO A. MARQUEZ AND MARYSOL L. GATA** (the "Debtors") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on August 15, 2014 (the "Petition Date").

2. The Debtors obtained a discharge on March 17, 2015 and the case was closed on April 22, 2016.

3. The Debtors claimed as homestead their interest in the single-family house located at 3152 Village Green Drive, Miami, FL 33175 (the "Property"). The Property is legally described as follows:

> **Lot 49, of Block 72, Fourteenth Addition to Southern Estates, according to the Plat thereof, as recorded in Plat Book 95, at Page 46, of the Public Records of Miami-Dade County, Florida.**
> **FOLIO NO.30-4913-016-0310**

4.  The basis for the Debtors' claimed exemption of the Property is Article X, Section 4(a), of the Florida Constitution, which provides that the Debtors' homestead is exempt from the claims of all nonconsensual liens.

5.  Before the Petition Date, the following creditors were awarded final judgments against the Debtors and the Judgments were recorded in the Public Records in and for Miami-Dade County, Florida (the "Judgments") as follows:

| **Creditor** | **Official Records Book** | **Page** |
|---|---|---|
| **American Express Bank, FSB** | **28915** | **4278** |
| **Portfolio Recovery Associates, LLC.** | **28316** | **779** |

Copies of the Judgments are attached hereto as Exhibits "A" and "B" and are incorporated herein by reference.

6.  The trustee conducted and concluded the meeting of creditors more than 30 days before the date the Debtors filed this motion.

7.  The Judgment impairs the Debtors' homestead exemption on the Property.

8.  The Debtors request an order avoiding the Judgments under 11 U.S.C. §522(f) and Article X, Section 4(a), of the Florida Constitution.

9.  The Debtors seek to reopen the Chapter 7 case to avoid the aforementioned judicial liens. Upon entry of the Order on this Motion, the Debtors request that the Chapter 7 case again be closed.

**WHEREFORE**, the Debtors respectfully request that this Court reopen the Chapter 7 case, enter an order avoiding the judgment liens, re-close the Chapter 7 case after entry of the order requested and for any other relief deemed just and proper in the circumstances.

*In re: Ricardo A. Marquez and Marysol L. Gata*
Case No. 14-28438-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail this 2nd day of March 2021 to the following:

| | |
|---|---|
| Joel L. Tabas, Chapter 7 Trustee<br>*Via CM/ECF* | Portfolio Recovery Associates, LLC.<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |
| Portfolio Recovery Associates, LLC.<br>c/o Corporation Service Company – RA<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | American Express Bank, FSB<br>Attn: Jonathan Polk – President & CEO<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br>*Via Certified Mail* |

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way • Miami, Florida 33145-2960
www.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100 • Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Jessica L. McMaken, Esq., FBN 580163

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

AMERICAN EXPRESS BANK, FSB, A
Federal Savings Bank,

CASE NO.: 2013-4582-CC-23
05

Plaintiff,

vs.

MARYSOL GATA, aka MARYSOL
BERTRAND aka MARISOL BERTRAND,

Defendant.
_____/

### DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court upon the cause of action stated in Plaintiff's Complaint against the Defendant, and the Court being fully advised in the premises, it is thereupon:

ORDERED AND ADJUDGED that:

1. Final Judgment is hereby entered in favor of Plaintiff, AMERICAN EXPRESS BANK, FSB, A Federal Savings Bank, and against Defendant, MARYSOL GATA, aka MARYSOL BERTRAND aka MARISOL BERTRAND, in the principal sum of $ 10,292.10, plus costs in the sum of $ 345.00, making a total of $ 10,637.10, that shall bear interest at the rate of four point seven five (4.75%) percent per annum, as provided by Fla. Stat. §55.03., for all of which let execution issue.

2. It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Fla. R. Civ. P. Form 1.977 (Fact Information Sheet), including all required Attachments, and serve it on the judgment creditors' attorney, or the judgment creditors if the judgment creditors are not represented by an attorney, within forty-five (45) days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed.

3. Jurisdiction in this case is retained to enter further orders that are proper to complete the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditors' attorney or the judgment creditor if an attorney does not represent the judgment creditor.

4. The Court reserves further jurisdiction to enter further Orders and Judgments to award Plaintiff post-judgment costs.

DONE AND ORDERED in Chambers in _____ County, Florida this ___ day of _____, 2013.

SIGNED AND DATED
NOV 12 2013

FINAL ORDER AS TO ALL PARTIES
SRS DISPOSITION NUMBER _____

COUNTY JUDGE CHARLIE JOHNSON
COUNTY COURT JUDGE

Copies furnished:
K. Paulette Perryman, Esq., 1551 Sawgrass Corporate Parkway, #110, Sunrise, Florida 33323
Marysol Gata, Aka Marysol Bertrand Aka Marisol Bertrand, 3152 Village Green Dr, Miami, FL 33175

12216649

Bk 28915 Pg 4278 CFN 20130911765 11/18/2013 14:19:38 Pg 1 of 1 Mia-Dade Cty, FL

Exhibit "A"

DJCID

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 12-09676SP05/06

PORTFOLIO RECOVERY ASSOCIATES, LLC,
as assignee of GE MONEY BANK F.S.B.,

 Plaintiff,

vs.

RICARDO MARQUEZ,

 Defendant.

_____/

2012 OCT 10 PM 3:39

### DEFAULT FINAL JUDGMENT

THIS CAUSE having come on to be heard before this Court, it is ORDERED AND ADJUDGED as follows:

There is now due and owing to plaintiff, PORTFOLIO RECOVERY ASSOCIATES, LLC, 120 Corporate Blvd, Norfolk, VA 23502, from Defendant, RICARDO MARQUEZ, 3152 VILLAGE GREEN DR, MIAMI FL 33175, the sum of $1,427.42, plus pre-judgment interest of $138.79 with costs in the sum of $215.00, making a total of $1,781.21, that shall bear interest at the prevailing statutory interest rate of 4.75% per year from this date through December 31 of this current year, for which total let execution issue. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with section 55.03, Florida Statutes.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

The Defendant shall complete under oath the attached Fact Information Sheet including all required attachments, and return it to the Plaintiff's attorney, within 45 days from the date of this Judgment, unless the Judgment is satisfied, or post judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel Defendant to complete the Fact Information Sheet and return it to Plaintiff's attorney. The Fact Information Sheet need not be recorded in the Public Records.

ORDERED at MIAMI-DADE County, Florida, on OCT 09 2012

County Court Judge
Wendell M. Graham

Copies Furnished to:
David M. Greenbaum, Esq., 120 Corporate Blvd, Norfolk, VA 23502
RICARDO MARQUEZ, 3152 VILLAGE GREEN DR, MIAMI FL 33175

11-87555

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Bk 28316 Pg 779 CFN 20120738197 10/17/2012 09:22:07 Pg 1 of 1 Mia-Dade Cty, FL

Exhibit "B"